IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STX, LLC,                                    *

    Plaintiff,                           *

       v.                               *          Civil Action No.: RDB-14-3511

EPOCH LACROSSE, LLC,                         *

    Defendant.                           *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## <u>ORDER</u>

For the reasons stated in the foregoing Memorandum Opinion, it is this 14th day of
December, 2015, ORDERED that:

1.  STX's Motion for Summary Judgment (ECF No. 48) is GRANTED IN PART and
    DENIED IN PART. Specifically, this Court will grant summary judgment in favor of
    STX on its infringement claim; partially grant summary judgment in favor of STX on
    Epoch's invalidity counterclaim with respect to invalidity under 35 U.S.C. § 112(d),
    invalidity by anticipation, and invalidity as obvious. However, genuine issues of
    material fact remain as to Epoch's arguments for invalidity under 35 U.S.C. § 112(a)
    with respect to new matter, written description, and enablement. Further, this Court
    will await the full presentation of evidence before determining whether Epoch's
    infringement of the '199 Patent was objectively willful, thus summary judgment is
    also denied as to that claim. Accordingly, this case will proceed to trial on the above
    questions of invalidity and willful infringement;

2.  STX's Motion for Permanent Injunction (ECF No. 49) is DENIED; and

3.  The Clerk of the Court transmit copies of this Order and accompanying

Memorandum Opinion to the parties.



_____/s/_____

Richard D. Bennett

United States District Judge